SCHNEIDER v. SCHLANG. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Barnet S. Schnei-

der against Alexander Schlang. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed.